**VDSM**
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
MILLS & ASSOCIATES
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
Phone (702) 240-6060
Fax (702) 240-4267
Attorney for Plaintiff,
Great West Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, a Nebraska Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JC'S XPRESS, INC., a Nevada Corporation, MATTHEW WILLIAMS, individually, JAM ON IT BASKETBALL ACADEMY, INC., a Nevada Corporation, DOE INDIVIDUALS I – X inclusive, and ROE BUSINESS ENTITIES I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:08-cv-01856 |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to NRCP 41(a)(1)(i), no Answer nor Motion to Dismiss having been filed in the above-entitled action by any adverse party; Plaintiff hereby voluntarily dismisses without prejudice all claims asserted in their Complaint on file herein. The Judge of the above-entitled court is hereby requested to enter a dismissal in said action.

DATED this 23 day of March, 2009.

IT IS SO ORDERED.

_/s/ Philip M. Pro_
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: March 24, 2009

MILLS & ASSOCIATES

_/s/ Michael C. Mills_
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
*Attorney for Plaintiff,*
*Great West Casualty Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am an employee of MILLS & ASSOCIATES, and that on March 23, 2009, I caused a true and correct of the foregoing document entitled **PLAINTIFF'S VOLUNTARY DISMISSAL** to be served as follows:

☒ VIA U.S POSTAL MAIL: by placing a true and correct copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, addressed as indicated on the attached service list in the United States Mail.

☒ VIA FACSIMILE: by causing a true and correct copy thereof to be faxed on this date to the addressee(s) at the attached facsimile numbers set forth in the service list.

☐ VIA PERSONAL DELIVERY: by causing a true and correct copy thereof to be hand-delivered to the addressee(s) at the attached addresses set forth in the service list.

Michelle Kazmar, Esq.
DOWNEY BRAND LLP
427 West Plumb Lane
Reno, Nevada 89509
*Attorney for Plaintiffs,*
*Jam On It Basketball Academy Inc., and*
*Matthew C. Williams*

Janice Hodge Jensen, Esq.
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
*Attorney for Plaintiff,*
*JC's Xpress*

_____
An Employee of MILLS & ASSOCIATES